# THANK YOU FOR RIDING THE RAPID

By riding public transit, you're helping keep Grand Rapids and Kent County strong. Public transit helps save working families money, improves access to our communities, reduces pollution, and stimulates our economy. Every $1 invested in public transportation generates $4 in economic benefits!

**Most importantly, public transit holds our communities together, even as they grow and change.** The Rapid riders and transit workers represent every class, race, ethnicity, age, gender, and religion.

Unfortunately, The Rapid and its CEO Peter Varga seem determined to divide us.

FLIP TO LEARN MORE 

 Like Us www.facebook.com/ATUGR

# WE DEMAND OPPORTUNITY FOR ALL!

While so many cities in our state struggle, Grand Rapids and Kent County are on the rise. Unfortunately, a lot of the people who helped lay the foundation are being left out. More than 26% of our neighbors live below the poverty line.

While so many struggle, people like The Rapid CEO Peter Varga are reaping huge benefits, including a nearly $200,000 salary, taxpayer-funded cars, and more. Now Varga wants more. He's demanding that the bus drivers who keep the city moving, including retirees, give up their retirement security.

We are proud of Grand Rapids, but we cannot let it become a place where only a handful of wealthy people receive all of the gains while working people are forced to sacrifice more and more.

## JOIN US IN DEMANDING A CITY AND COUNTY THAT CREATE OPPORTUNITY FOR ALL!

## CALL (616) 456-7514 TODAY

### ASK FOR PETER VARGA'S OFFICE AND TELL HIM TO FOCUS ON IMPROVING SERVICE FOR RIDERS, NOT ROBBING WORKERS!

