UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
# AMENDED MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:15-cv-855 | 8/27/15 | 1:32 PM - 4:04 PM; 4:26 PM - 5:00 PM | Grand Rapids | Janet T. Neff |

## CASE CAPTION

| Plaintiffs: | Defendant: |
|---|---|
| Amalgamated Transit Union, et al. | Interurban Transit Partnership |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Sean Morales-Doyle<br>Thomas Geoghegan (pending admission) | Plaintiffs |
| Gregory N. Longworth | Defendant |

## WITNESSES

| Witness: | Called by: |
|---|---|
| Ri Chard Jackson | Plaintiff |
| Jennifer Kalczuk | Defendant |
| Brian Pouget | Defendant |
| | |

## PROCEEDINGS

**NATURE OF HEARING:** Hearing held concerning Plaintiffs' Motion for preliminary injunction (Dkt 3); Plaintiffs' Exhibits 1-4 admitted; Defendant's Exhibits A & B admitted; Order to issue.

Court Reporter: Kathy Anderson
Clerk: Rita Buitendorp