# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AMALGAMATED TRANSIT UNION and AMALGAMATED TRANSIT UNION, LOCAL 836,<br><br>          Plaintiffs,<br><br>vs.<br><br>INTERURBAN TRANSIT PARTNERSHIP d/b/a THE RAPID,<br><br>          Defendant. | Case No. 1:15-cv-855<br><br>HON. JANET T. NEFF<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant Interurban Transit Partnership d/b/a The Rapid hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Preliminary Injunction entered in this action on August 27, 2015 (Dkt. #12).  A copy of the Preliminary Injunction from which Defendant appeals is attached as Exhibit 1.

          Respectfully submitted,

          CLARK HILL PLC

          By:   /s/ Gregory N. Longworth
                Gregory N. Longworth (P49249)
          200 Ottawa Avenue NW, Suite 500
          Grand Rapids, Michigan  49503
          Email: glongworth@clarkhill.com
          Phone:  616.608.1100
          Fax:  616.608.1199
          Attorneys for Defendant

Date:  August 31, 2015