UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMALGAMATED TRANSIT UNION
and AMALGAMATED TRANSIT
UNION, LOCAL 836,                                        Case No. 1:15-cv-855

     Plaintiffs,                                         HON. JANET T. NEFF

v.

INTERURBAN TRANSIT
PARTNERSHIP d/b/a THE RAPID,

     Defendant.

_____/

## ORDER

This matter is before the Court on Defendant's Motion to Stay the August 27, 2015

Injunction Order Pending Appeal (Dkt 15).  The Court having reviewed the motion:

**IT IS HEREBY ORDERED** that the Motion to Stay the August 27, 2015 Injunction Order

Pending Appeal (Dkt 15) is DENIED.


Dated:  August 31, 2015                          /s/ Janet T. Neff
                                                                        JANET T. NEFF
                                                                        United States District  Judge